# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC.,<br><br>                   Debtors. | Chapter 11<br><br>Case No. 16-11626 (BLS)<br><br>Jointly Administered |
| MESABI METALLICS COMPANY LLC (F/K/A ESSAR STEEL MINNESOTA LLC) and CHIPPEWA CAPITAL PARTNERS, LLC,<br><br>                   Plaintiffs,<br><br>                 v.<br><br>B. RILEY FBR, INC. f/k/a B. RILEY & CO., LLC,<br><br>                 Defendant. | Adversary Proceeding No. 18-50833 (BLS)<br><br>**Re: AP Docket No. 28** |

## MESABI METALLICS COMPANY LLC'S AND CHIPPEWA CAPITAL PARTNERS, LLC'S NOTICE OF APPEAL

Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) ("**Mesabi**"), and Chippewa Capital Partners, LLC ("**Chippewa**," together with Mesabi, "**Appellants**"), by and through its undersigned counsel, hereby appeal, pursuant to 28 U.S.C. § 158(a), Federal Rules of Bankruptcy Procedure 8002 and 8003, and Rule 8003-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the *Order Granting Dismissal of Adversary Proceeding* [Adv. D.I. 28] (the "**Order**"), entered on February 14, 2019 after the Court read its ruling into the record on February 12, 2019. A copy of the Order is attached hereto as **Exhibit A**. A copy of the February 12, 2019 hearing transcript is attached hereto as **Exhibit B.**

Mesabi and Chippewa have paid the prescribed fee contemporaneously with the filing this Notice of Appeal. The names of all parties to the Order from which Appellants appeal, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**APPELLANTS**:

Mesabi and Chippewa:

**FOX ROTHSCHILD LLP**

Jeffrey M. Schlerf (DE No. 3047)
Carl D. Neff (No. 4895)
919 North Market Street, Suite 300
Wilmington, DE 19801-3062
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
cneff@foxrothschild.com

—and—

**WHITE & CASE LLP**

Craig H. Averch, *pro hac vice*
Ronald K. Gorsich, *pro hac vice*
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7729
Facsimile: (213) 452-2329
caverch@whitecase.com
rgorsich@whitecase.com

**APPELLEES:**

B. Riley FBR, Inc.:

**COLE SHOTZ P.C.**

Nicholas J. Brannick (No. 5721)
Katherine M. Devanney (No. 6356)
500 Delaware Avenue Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 574-2106
nbrannick@coleschotz.com

kdevanney@coleschotz.com

—and—

**PASTORE & DAILEY LLC**

Joseph M. Pastore III, Esq. (*pro hac vice*)
4 High Ridge Park, Third Floor
250 Vesey Street
Stamford, CT 06905
Telephone: (203) 658-8455
Facsimile: (203) 348-0852
jpastore@psdlaw.net

Dated: Wilmington, Delaware

February 26, 2019

**FOX ROTHSCHILD LLP**

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
Carl D. Neff (No. 4895)
919 North Market Street, Suite 300
Wilmington, Delaware 19801-3062
Telephone:　(302) 654-7444
Facsimile:　(302) 656-8920
jschlerf@foxrothschild.com
cneff@foxrothschild.com

– and –

**WHITE & CASE LLP**

Craig H. Averch (admitted *pro hac vice*)
Ronald K. Gorsich (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071-2433
Telephone:　(213) 620-7700
Facsimile:　(213) 452-2329
caverch@whitecase.com
rgorsich@whitecase.com

*Attorneys for Mesabi and Chippewa*