## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ESSAR STEEL MINNESOTA LLC and<br>ESML HOLDINGS INC.,<br><br>                              Debtors. | Chapter 11<br>Case No. 16-11626 (BLS)<br>Jointly Administered |
| MESABI METALLICS COMPANY LLC<br>(F/K/A ESSAR STEEL MINNESOTA LLC)<br>and CHIPPEWA CAPITAL PARTNERS,<br>LLC,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>B. RILEY FBR, INC. f/k/a B. RILEY & CO.,<br>LLC,<br><br>                              Defendant. | Adversary Proceeding No. 18-50833 (BLS)<br><br>**Re: AP Docket Nos. 28 and 33** |

## ORDER GRANTING MOTION FOR STAY PENDING APPEAL

Upon consideration of the motion (the "**Motion**")[1] of Mesabi Metallics Company LLC

(f/k/a Essar Steel Minnesota LLC) ("**Mesabi**"), and Chippewa Capital Partners, LLC

("**Chippewa**," together with Mesabi, "**Plaintiffs**") to stay the Court's *Order Granting Dismissal*

*of Adversary Proceeding* [Adv. D.I. 28] (the "**Order Granting Dismissal**"); and this Court

having reviewed the Motion and the responses thereto; and upon all of the related proceedings

before this Court; and after due deliberation; and for the reasons stated on the record it is hereby:

ORDERED that the Motion is GRANTED as set forth herein;

ORDERED that, the effectiveness and enforceability of the Order Granting Dismissal is

stayed for forty-five (45) days from the date of entry of this order.

IT IS SO ORDERED.

---

[1] *Mesabi Metallics Company LLC's and Chippewa Capital Partners, LLC's Emergency Motion for Stay Pending Appeal of Order Dismissing the Adversary Proceeding* [Adv. D.I. 33].

Dated:  March 13, 2019
        Wilmington, Delaware

BY THE COURT:

_____
Honorable Brendan Linehan Shannon
United States Bankruptcy Judge