**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ESSAR STEEL MINNESOTA LLC and ESML HOLDINGS INC., | Case No. 16-11626 (CTG) |
| Debtors. | Jointly Administered |
| MESABI METALLICS COMPANY LLC (f/k/a ESSAR STEEL MINNESOTA LLC) and CHIPPEWA CAPITAL PARTNERS, LLC, | |
| Plaintiffs, | Adv. Pro. No. 18-50833 (CTG) |
| v. | |
| B. RILEY FBR, INC. f/k/a B. RILEY & CO., LLC, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated in adversary proceedings by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the parties to the above-captioned adversary proceeding by and through their undersigned counsel hereby stipulate and agree that this adversary proceeding shall be, and hereby is, dismissed with prejudice and without costs.

**COLE SCHOTZ P.C.**

By: */s/ G. David Dean*
    G. David Dean, Esq.  (No. 6403)
    Andrew J. Roth-Moore, Esq. (No. 5988)
    500 Delaware Avenue Suite 1410
    Wilmington, DE 19801
    Tel: (302) 652-3131
    Fax: (302) 574-2106
    Email: DDean@coleschotz.com
       ARoth-Moore@coleschotz.com

**-** and -

**PASTORE LLC**
Joseph M. Pastore III, Esq. *(admitted pro hac vice)*
4 High Ridge Park, Third Floor
Stamford, CT 06905
Tel: (203) 658-8455
Email: JPastore@pastore.net

*Counsel for Defendant B. Riley FBR, Inc. f/k/a B. Riley & Co., LLC*

Dated:  January 9, 2024

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

By: */s/ Christopher P. Clemson*
    William M. Kelleher, Esq. (No. 3961)
    Christopher P. Clemson, Esq. (No. 6539)
    1925 Lovering Avenue
    Wilmington, DE 19806
    Telephone: (302) 652-2900
    Facsimile: (302) 652-2348
    Email: BKelleher@GFMLaw.com
       CClemson@GFMLaw.com

-and-

**LAZARE POTTER GIACOVAS & MOYLE LLP**
David E. Potter, Esq. (admitted pro hac vice)
Jaipat S. Jain, Esq. (admitted pro hac vice)
Jacob A. Englander, Esq. (admitted pro hac vice)
747 Third Avenue, 16th Floor
New York, NY 10017
Telephone: (212) 758-9300
Facsimile: (212) 888-0919
Email: dpotter@lpgmlaw.com
    jjain@lpgmlaw.com
    jenglander@lpgmlaw.com

*Counsel for Plaintiffs Mesabi Metallics Company LLC (f/k/a Essar Steel Minnesota LLC) and Chippewa Capital Partners, LLC*

Dated:  January 9, 2024